**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                                                       **Bankruptcy No.: 21-21632-TPA**

**MICHAEL T. CIOFFI,**

      **Debtor.**

### NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND SERVICE OF PAPERS

Please take notice that David L. Fuchs, of Fuchs Law Office, LLC, on behalf of interested party, Raymond C. Huckestein, hereby enters his appearance as Attorney for Raymond C. Huckestein, in the above proceeding, and pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

David L. Fuchs
554 Washington Avenue
Carnegie, PA 15106
Telephone: (412) 223-5404
Fax: (412) 223-5406
Email: dfuchs@fuchslawoffice.com

### DECLARATION IN LIEU OF AFFIDAVIT

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, telephone or otherwise.

Respectfully Submitted,

Date: <u>August 13, 2021</u>                    */s/ David L. Fuchs*
                                                DAVID L. FUCHS
                                                PA I.D. #205694
                                                Fuchs Law Office, LLC
                                                554 Washington Ave, First Floor
                                                Carnegie, PA  15106
                                                (412) 223-5404 (phone)
                                                (412) 223-5406 (facsimile)
                                                dfuchs@fuchslawoffice.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                         Bankruptcy No.: 21-21632-TPA

**MICHAEL T. CIOFFI,**

     **Debtor.**

## CERTIFICATE OF SERVICE

David L. Fuchs hereby certifies, that on the 13th day of August, 2021, a true and correct copy of the foregoing **NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND SERVICE OF PAPERS** was served upon the following *(via electronic service or First Class Mail):*

Office of the U.S. Trustee
970 Liberty Center
Bldg.1001 Liberty Avenue
Pittsburgh, PA 15222

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222

Lisa M. Swope, Chapter 7 Trustee
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931


Date: August 13, 2021                    */s/ David L. Fuchs*
                                                             DAVID L. FUCHS
                                                             PA I.D. #205694
                                                             Fuchs Law Office, LLC
                                                             554 Washington Ave, First Floor
                                                             Carnegie, PA  15106
                                                             (412) 223-5404 (phone)
                                                             (412) 223-5406 (facsimile)
                                                             dfuchs@fuchslawoffice.com