## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-21632-TPA |
| | : | |
| **Michael T. Cioffi,** | : | Chapter 7 |
| | : | |
| **Debtor** | : | |

*********************************************************************************************

| | | |
|---|---|---|
| **Lisa M. Swope, Trustee of the** | : | Doc. No. 27 |
| **Bankruptcy Estate of Michael T. Cioffi,** | : | Related to Doc. No. 26 |
| | : | |
| **Movant** | : | Hearing Date & Time: |
| | : | November 18, 2021 at 10:00 a.m. |
| v. | : | |
| | : | |
| **Michael T. Cioffi,** | : | |
| | : | |
| **Respondent** | : | |

*********************************************************************************************

### NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING THE OBJECTION TO THE CHAPTER 7 TRUSTEE TO DEBTOR'S CLAIMED EXEMPTIONS

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks and order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than November 07, 2021, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local rules of this Court, and the general procedures of the presiding judge found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A ***Zoom Video Conference Hearing*** will be held on November 18, 2021, at 10:00 a.m. before the Judge Thomas P. Agresti via the ***Zoom Video Conference Application*** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time:  https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeint ID: 160 2130 3488.  For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781.

***All attorneys and Parties may only appear by Zoom*** and must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.  Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the internet.  When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: October 21, 2021

SPENCE, CUSTER, SAYLOR,
WOLFE & ROSE, LLC

By:  /s/ *Kevin J. Petak*,
Kevin J. Petak, Esquire
PA ID # 92154
1067 Menoher Boulevard
Johnstown, PA 15905
Tel: 814.536.0735
Fax: 814.539.1423
Email: kpetak@spencecuster.com
*Proposed Counsel to Chapter 7 Trustee*