## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-21632-TPA |
|     Michael T. Cioffi, | : | |
| | : | Chapter 7 |
|               Debtor | : | |

*************************************************************************************************

| | | |
|---|---|---|
| Lisa M. Swope, Trustee of the Bankruptcy Estate of Michael T. Cioffi, | : : : | Doc. No. 28 Related to Doc. Nos. 26 & 27 |
| | : | |
|               Movant | : | |
| | : | Hearing Date & Time: |
| v. | : | November 18, 2021 at 10:00 a.m. |
| | : | |
| Michael T. Cioffi, | : | |
| | : | |
|               Respondent | : | |

*************************************************************************************************

## CERTIFICATE OF SERVICE OF THE OBJECTION OF THE CHAPTER 7 TRUSTEE TO DEBTOR'S CLAIMED EXEMPTIONS ALONG WITH HEARING NOTICE AND RESPONSE DEADLINE

    I certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>October 21, 2021</u>.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>first-class mail and electronic notification</u>.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the hearing "Service by First Class Mail."

<u>Service by First-Class Mail</u>:

Michael T. Cioffi, 2824 Green Drive, Greensburg, PA 15601.

<u>Service by NEF</u>:

Office of the United States Trustee – <u>ustpregion03.pi.ecf@usdoj.gov</u>; and

Robert O. Lampl, Esquire – rol@lampllaw.com

EXECUTED ON:  <u>October 21, 2021</u>

                                        By:    */s/ Kevin J. Petak*,
                                                Kevin J. Petak, Esquire
                                                Spence, Custer, Saylor, Wolfe & Rose, LLC

1067 Menoher Blvd.
Johnstown, PA 15905
Tel: 814.536.0735
Fax: 814.539.1423
Email:  kpetak@spencecuster.com
PA ID No. 92154
*Proposed Attorneys for Chapter 7 Trustee*