**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Michael T. Cioffi,<br><br>      Debtor | Case No. 21-21632-TPA<br><br>Chapter 7 |
| Lisa M. Swope, Trustee of the Bankruptcy Estate of Michael T. Cioffi,<br><br>      Movant<br><br>      v.<br><br>Michael T. Cioffi,<br><br>      Respondent | Doc. No. _____<br>Related to Doc. Nos. 26 & 27<br><br>Hearing Date & Time:<br>November 18, 2021 at 10:00 a.m. |

CERTIFICATE OF NO OBJECTION REGARDING THE OBJECTION OF THE CHAPTER 7
TRUSTEE TO DEBTOR'S CLAIMED EXEMPTIONS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection of the Chapter 7 Trustee to Debtor's Claimed Exemptions filed on October 21, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection of the Chapter 7 Trustee to Debtor's Claimed Exemptions appears thereon. Pursuant to the Notice of Hearing, objections to the Objection of the Chapter 7 Trustee to Debtor's Claimed Exemptions were to be filed and served no later than November 7, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by this Court.

EXECUTED ON: November 9, 2021        Spence, Custer, Saylor, Wolfe & Rose, LLC

                      By:     */s/ Kevin J. Petak*,
                           Kevin J. Petak, Esquire
                           PA ID No. 92154
                           1067 Menoher Blvd.
                           Johnstown, PA 15905
                           Tel: 814.536.0735
                           Fax: 814.539.1423
                           Email:  kpetak@spencecuster.com
                           *Proposed Attorney for Chapter 7 Trustee*